JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 17, 2010

Check No. 2018529

Check Amount: $17,997.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-45510-R | 00017 | SHANNON R. BRIGGANS | 4 | XXXXX0001 | 2.90 | 0.12 | 3.02 |
| | | Original check written to: | | | | | |
| | | TRIAD FINANCIAL CORPORATION<br>DEPT. CH 10104<br>PALATINE, IL 60055-0104 | | | | | |
| 05-45510-R | 10017 | SHANNON R. BRIGGANS | 4 | XXXXX0001 | 385.33 | 0.00 | 385.33 |
| | | Original check written to: | | | | | |
| | | TRIAD FINANCIAL CORPORATION<br>DEPT. CH 10104<br>PALATINE, IL 60055-0104 | | | | | |
| 05-45819-R | 10010 | MARSHA KAREN SADLER | 3 | XXXXX8113 | 302.23 | 0.00 | 302.23 |
| | | Original check written to: | | | | | |
| | | CITIFINANCIAL AUTO<br>ATTN PAYMENT PROCESSING<br>P. O. BOX 9578<br>COPPELL, TX 75019-9513 | | | | | |
| 05-45897-R | 00027 | KRISTOPHER WILSON &<br>KIMBERLY FAYE GONZALES | 10 | 1789 | 829.97 | 61.82 | 891.79 |
| | | Original check written to: | | | | | |
| | | COUNTRYWIDE HOME LOANS<br>P. O. BOX 10219<br>VAN NUYS, CA 91410 | | | | | |
| 05-45897-R | 00047 | KRISTOPHER WILSON &<br>KIMBERLY FAYE GONZALES | 0 | XXXXX6366 | 639.68 | 0.00 | 639.68 |
| | | | | XXXXX3879 | | | |
| | | Original check written to: | | | | | |
| | | COUNTRYWIDE HOME LOANS<br>P. O. BOX 10219<br>VAN NUYS, CA 91410 | | | | | |
| 05-45897-R | 10013 | KRISTOPHER WILSON &<br>KIMBERLY FAYE GONZALES | 8 | XXXXX3996 | 155.57 | 0.00 | 155.57 |
| | | Original check written to: | | | | | |
| | | CITIFINANCIAL AUTO<br>ATTN PAYMENT PROCESSING<br>P. O. BOX 9578<br>COPPELL, TX 75019-9513 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 17, 2010

Check No. 2018529

Check Amount: $17,997.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-46189-R | 00018 | TOMMY GROVES | 10 | XXXXX3251 | 720.54 | 67.64 | 788.18 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 05-46332-R | 00030 | JASON & MIRANDA CAUDILL | 3 | XXXXX9689 | 18.84 | 0.00 | 18.84 |
| | | Original check written to: MEDICAL CENTER OF SE OKLAHOMA C/O NCO FINANCIAL SERVICES 140 SPRINT DRIVE BLOUNTVILLE, TN 37617 | | | | | |
| 05-48081-R | 00010 | HENRY HOWARD & SHARON DIANE STEWART | 5 | 7364 | 85.65 | 0.00 | 85.65 |
| | | Original check written to: BANK OF AMERICA P. O. BOX 2278 NORFOLK, VA 23501-2278 | | | | | |
| 05-48316-R | 00017 | CHARLES EDWARD WHEELER, JR. | 3 | XXXXX9944 | 399.23 | 63.84 | 463.07 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 05-48316-R | 00030 | CHARLES EDWARD WHEELER, JR. | 1 | XXXXX5053 | 137.12 | 21.62 | 158.74 |
| | | Original check written to: CITY OF WHITESBORO C/O MCCREARY P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |
| 05-48674-R | 00031 | DENISE FLEMING | 14 | XXXXX9105 | 165.07 | 21.27 | 186.34 |
| | | Original check written to: OAKMONT HOA C/O PRINCIPAL MANAGEMENT GROUP 12700 PARK CENTRAL DR, STE 600 DALLAS, TX 75251-1537 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 17, 2010

Check No. 2018529

Check Amount: $17,997.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-49012-R | 00010 | GREGORY ALAN & DONNA J. BANKS | 3 | XXXXX5358 | 615.91 | 0.00 | 615.91 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-49012-R | 00011 | GREGORY ALAN & DONNA J. BANKS | 13 | XXXXX8896 | 871.44 | 0.00 | 871.44 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-49012-R | 00015 | GREGORY ALAN & DONNA J. BANKS | 2 | XXXXX3465 | 76.25 | 0.00 | 76.25 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-49012-R | 00018 | GREGORY ALAN & DONNA J. BANKS | 4 | XXXXX6007 | 291.66 | 0.00 | 291.66 |
| | | Original check written to: CHEVRON USA P. O. BOX 5010 ROOM 1242, SECTION 156 CONCORD, CA 94524-0010 | | | | | |
| 05-49037-R | 00016 | PAUL & JO ANN HENSON | 4 | 3605 | 264.88 | 21.20 | 286.08 |
| | | Original check written to: DENTON COUNTY TAX COLLECTOR P. O. BOX 90223 DENTON, TX 76202-5223 | | | | | |
| 05-49037-R | 00033 | PAUL & JO ANN HENSON | 6 | XXXXX3605 | 335.82 | 26.88 | 362.70 |
| | | Original check written to: NORTHWEST ISD C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2644 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 17, 2010

Check No. 2018529

Check Amount: $17,997.53

NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05-49050-R | 00033 | CHRISTOPHER GLENN MOORE | 0 | 5333 | 405.94 | 0.00 | 405.94 |
| | | Original check written to: ABN AMRO MORTGAGE GROUP, INC. 7159 CORKLAN DRIVE JACKSONVILLE, FL 32258 | | | | | |
| 05-49106-R | 00012 | STEVEN A. & GINA MARIE GUSCHEL | 2 | XXXXX9470 | 1,134.20 | 0.00 | 1,134.20 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-49111-R | 00056 | DENNIS E. & GAYLE A. COREY | 1 | XXXXX7201 | 2.67 | 2.13 | 4.80 |
| | | Original check written to: CITIFINANCIAL AUTO ATTN PAYMENT PROCESSING P. O. BOX 9578 COPPELL, TX 75019-9513 | | | | | |
| 06-40006-R | 10012 | ROGER K. ERICKSON | 3 | XXXXX4266 | 8.77 | 0.00 | 8.77 |
| | | Original check written to: CITIFINANCIAL AUTO P. O. BOX 182287 COLUMBUS, OH 43218 | | | | | |
| 06-41979-R | 00002 | THOMAS DANIEL & EVA CLIFTON POTTER | 3 | XXXXX1353 | 17.05 | 0.00 | 17.05 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-41979-R | 00062 | THOMAS DANIEL & EVA CLIFTON POTTER | 9 | XXXXX0001 | 598.99 | 0.00 | 598.99 |
| | | Original check written to: TRIAD FINANCIAL CORPORATION ATTN: BANKRUPTCY DEPARTMENT 7711 CENTER AVENUE, SUITE 100 HUNTINGTON BEACH, CA 92647 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 17, 2010

Check No. 2018529

Check Amount: $17,997.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-40781-R | 00016 | CHRIS L. & JEANNIE H. HARDIN | 1 | XXXXX9109 | 256.87 | 12.83 | 269.70 |
| | | Original check written to: <br> VANDERBILT MORTGAGE <br> P. O. BOX 9800 <br> MARYVILLE, TN 37802-9800 | | | | | |
| 08-50074-R | 00001 | RONALD R. & REBECCA G. DRIVER | 4 | XXXXX0820 | 117.97 | 263.52 | 381.49 |
| | | Original check written to: <br> CITIFINANCIAL AUTO <br> P. O. BOX 182287 <br> COLUMBUS, OH 43218 | | | | | |
| 08-50117-R | 00021 | RUSTIN B. & SHELLY D. BABER | 2 | 5048 | 699.93 | 102.55 | 802.48 |
| | | Original check written to: <br> COUNTRYWIDE HOME LOANS <br> 7105 CORPORATE DRIVE <br> MAIL STOP: PTX-B-209 <br> PLANO, TX 75024-1319 | | | | | |
| 08-41656-R | 00001 | ROY IVORY GREER III & RHEA ROCHELLE GREER | 1 | XXXXX0000 | 0.00 | 96.75 | 96.75 |
| | | Original check written to: <br> DALLAS COUNTY <br> C/O LINEBARGER, GOGGAN, BLAIR & SAMPSON <br> 2323 BRYAN STREET SUITE 1600 <br> 1720 UNIVISION CENTER <br> DALLAS, TX 75201-2691 | | | | | |
| 08-42974-R | 00003 | JAMES EARL JONES | 2 | 5145 | 0.00 | 22.08 | 22.08 |
| | | Original check written to: <br> HSBC AUTO FINANCE <br> P. O. BOX 60130 <br> CITY OF INDUSTRY, CA 91716-0130 | | | | | |
| 09-41014-R | 00009 | VINCENT P. SLUSHER | 4 | 7994 | 0.00 | 111.21 | 111.21 |
| | | Original check written to: <br> IRWIN HOME EQUITY <br> 12677 ALCOSTA BLVD <br> SUITE 500 <br> SAN RAMON, CA 94583 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 17, 2010

Check No. 2018529

Check Amount: $17,997.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-41452-R | 00001 | ANTHONY LOWRY & IYANA CRISHAW WRIGHT | 2 | 4227 | 706.06 | 185.91 | 891.97 |
| | | Original check written to: <br> HSBC AUTO FINANCE <br> P. O. BOX 60130 <br> CITY OF INDUSTRY, CA 91716-0130 | | | | | |
| 09-41742-R | 00007 | RAY ERNEST & KAREN JANICE MAXWELL | 4 | 3633 | 125.12 | 452.90 | 578.02 |
| | | Original check written to: <br> WELLS FARGO HOME MORTGAGE <br> 1 HOME CAMPUS <br> MAC#X2302-04C <br> DES MOINES, IA 50328 | | | | | |
| 09-41742-R | 00061 | RAY ERNEST & KAREN JANICE MAXWELL | | XXXXX8064 | 199.81 | 0.00 | 199.81 |
| | | | | XXXXX8264 | | | |
| | | Original check written to: <br> WELLS FARGO HOME MORTGAGE <br> 1 HOME CAMPUS <br> MAC#X2302-04C <br> DES MOINES, IA 50328 | | | | | |
| 09-43501-R | 00010 | CARL S ANKU | 1 | 6161 | 0.00 | 3.87 | 3.87 |
| | | Original check written to: <br> LITTON LOAN SERVICING, LP <br> P. O. BOX 4387 <br> HOUSTON, TX 77210-4387 | | | | | |
| 09-43501-R | 00016 | CARL S ANKU | 4 | XXXXX3348 | 0.02 | 0.00 | 0.02 |
| | | Original check written to: <br> DEERFIELD NORTH HOMEOWNERS ASSOCIATION INC <br> C/O SBB MANAGEMENT COMPANY <br> 8360 LBJ FREEWAY, SUITE 300 <br> DALLAS, TX 75243-1160 | | | | | |
| 09-43818-R | 00009 | JIMMY REMARQUE STEWART | 2 | XXXXX9831 | 562.50 | 0.00 | 562.50 |
| | | Original check written to: <br> CITI AUTO <br> P. O. BOX 9578 <br> COPPELL, TX 75019-9578 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 17, 2010

Check No. 2018529

Check Amount: $17,997.53

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-43858-R | 00005 | WANDA MARIE KING | 6 | 1098 | 0.00 | 4.00 | 4.00 |
| | | Original check written to: <br> ONEWEST BANK, F.S.B. <br> 8888 EAST WALNUT STREET <br> PASADENA, CA 91101 | | | | | |
| | | | **TOTALS** | | $11,133.99 | **$1,542.14** | **$12,676.13** |